IN THE UNITED STATES BANKRUPTCY COURT    21-21061
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **Innovative Construction Inc** | : | |
| | : | Chapter **7** |
| Debtor | : | |
| **Innovative Construction Inc** | : | |
| Movant | : | Related to Document No. 1 |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Paula J. Cialella, Esq.**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Paula J. Cialella, Esq.**
Signature
**Paula J. Cialella, Esq.**
Typed Name
**113 N. Mercer Street**
**New Castle, PA 16101**
Address
**724-658-4417 Fax:724-657-3525**
Phone No.
**73264 PA**
List Bar I.D. and State of Admission

21-21061

Lawrence County Tax Claim Bureau
430 Court Street
New Castle, PA 16101

Michael Mansour
150 Shannon Drive
New Castle, PA 16105

Sandro LLC
3 timberwood Drive
Greenville, PA 16125